# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barnett, Mark A. | U.S. Court of International Trade | 07/12/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge - nominee | ☑ Nomination  Date 07/12/2012 <br> ☐ Initial  ☐ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 06/15/2012 |

**7. Chambers or Office Address**

Office of Chief Counsel for Import Administration
U.S. Department of Commerce
1401 Constitution Ave., NW Room 3622
Washington, DC 20230

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Treasurer | Chesterford Community Association |
| 2. | |
| 3. | |
| 4. | |
| 5 | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barnett, Mark A. | 07/12/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Capitol Counsel LLC (salary) |
| 2. | 2012 | Capitol Counsel LLC (salary) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barnett, Mark A. | 07/12/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barnett, Mark A. | 07/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Brokerage Account #1 | | | | | Exempt | | | | |
| 2. | - SEI Tax-Managed Large Cap Fund | A | Dividend | L | T | | | | | |
| 3. | - SEI Tax-Managed Small Cap Fund | A | Dividend | J | T | | | | | |
| 4. | - SEI International Equity Fund | A | Dividend | K | T | | | | | |
| 5. | - SEI Emerging Markets Equity Fund | A | Dividend | J | T | | | | | |
| 6. | - SEI Intermediate-Term Muni Fund | B | Dividend | K | T | | | | | |
| 7. | - SEI High Yield Bond Fund | A | Dividend | J | T | | | | | |
| 8. | - SEI International Fixed Income Fund | A | Dividend | J | T | | | | | |
| 9. | - SEI Emerging Markets Debt Fund | A | Dividend | J | T | | | | | |
| 10. | - SEI Tax Free Fund | A | Dividend | J | T | | | | | |
| 11. | Brokerage Account #2 | | | | | | | | | |
| 12. | - SEI Tax-Managed Large Cap Fund | A | Dividend | K | T | | | | | |
| 13. | - SEI Tax-Managed Small Cap Fund | A | Dividend | J | T | | | | | |
| 14. | - SEI International Equity Fund | A | Dividend | J | T | | | | | |
| 15. | - SEI Emerging Markets Equity Fund | A | Dividend | J | T | | | | | |
| 16. | - SEI Intermediate-Term Muni Fund | B | Dividend | K | T | | | | | |
| 17. | - SEI High Yield Bond Fund | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   U =Book Value    V =Other    W =Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 5 of 8

Name of Person Reporting

Barnett, Mark A.

Date of Report

07/12/2012

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - SEI International Fixed Income Fund | A | Dividend | J | T | | | | | |
| 19. - SEI Emerging Markets Debt Fund | A | Dividend | J | T | | | | | |
| 20. - SEI Prime Obligation Fund | A | Dividend | J | T | | | | | |
| 21. Brokerage Account #3 | | | | | | | | | |
| 22. - SEI Large Cap Value Fund | A | Dividend | K | T | | | | | |
| 23. - SEI Large Cap Growth Fund | A | Dividend | K | T | | | | | |
| 24. - SEI Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 25. - SEI Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 26. - SEI International Equity Fund | A | Dividend | K | T | | | | | |
| 27. - SEI Emerging Markets Equity Fund | A | Dividend | J | T | | | | | |
| 28. - SEI Core Fixed Income Fund | B | Dividend | K | T | | | | | |
| 29. - SEI High Yield Bond Fund | A | Dividend | J | T | | | | | |
| 30. - SEI International Fixed Income Fund | A | Dividend | J | T | | | | | |
| 31. - SEI Emerging Markets Debt Fund | A | Dividend | J | T | | | | | |
| 32. Brokerage Account #4 | | | | | | | | | |
| 33. - SEI GNMA Fund | B | Dividend | M | T | | | | | |
| 34. - SEI Core Fixed Income Fund | C | Dividend | L | T | | | | | |

1. Income Gain Codes: A = $1,000 or less; B = $1,001 - $2,500; C = $2,501 - $5,000; D = $5,001 - $15,000; E = $15,001 - $50,000
(See Columns B1 and D4); F = $50,001 - $100,000; G = $100,001 - $1,000,000; H1 = $1,000,001 - $5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001 - $50,000; L = $50,001 - $100,000; M = $100,001 - $250,000
(See Columns C1 and D3); N = $250,001 - $500,000; O = $500,001 - $1,000,000; P1 = $1,000,001 - $5,000,000; P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000; P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market
(See Column C2); U = Book Value; V = Other; W = Estimated

# VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - SEI Short-Duration Government Fund | A | Dividend | J | T | | | | | |
| 36. - SEI Prime Obligation Fund | A | Dividend | J | T | | | | | |
| 37. Brokerage Account #5 | | | | | | | | | |
| 38. - SEI Core Fixed Income Fund | B | Dividend | J | T | | | | | |
| 39. Virginia Education Savings Trust, Potomac Portfolio | | None | L | T | | | | | |
| 40. Virginia Education Savings Trust, Aggressive Portfolio | | None | K | T | | | | | |
| 41. Virginia Education Savings Trust, Eastern Shore Portfolio | | None | K | T | | | | | |
| 42. Janus Twenty Fund | B | Dividend | J | T | | | | | |
| 43. Congressional Federal Credit Union Accounts | A | Interest | M | T | | | | | |

1. Income Gain Codes: A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000

2. Value Codes J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 | P4 = More than $50,000,000

3. Value Method Codes Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
(See Column C2) U =Book Value | V =Other | W =Estimated

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mark A. Barnett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 102 | 658 | Notes payable to banks-secured (auto) | | 14 | 213 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 626 | 461 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 125 | 565 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 337 | 534 |
| Real estate owned – personal residence | | 725 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | | | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | | 429 | 811 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 351 | 747 |
| | | | | Net Worth | 1 | 657 | 748 |
| Total Assets | 2 | 009 | 495 | Total liabilities and net worth | 2 | 009 | 495 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |